**Roy Duane REHA, Appellant,**

v.

**DES MOINES CITY COUNCIL, Sued as: All City Council of Des Moines, IA, Appellee.**

**No. 02–4091.**

United States Court of Appeals, Eighth Circuit.

Submitted March 19, 2002.

Decided March 24, 2003.

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Roy Reha, an Iowa citizen, appeals the district court's [1] dismissal of his civil action for lack of jurisdiction. After careful de novo review, *see Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 484 (8th Cir. 1993), we conclude that the action was properly dismissed for lack of federal subject matter jurisdiction. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47A(a).

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.